Pamela G. Sotoodeh
**KENNETH B. MOLL & ASSOCIATES, LTD.**
Three First National Plaza, 50th Floor
Chicago, IL 60602
Telephone: (312)558-6444
Facsimile: (312)558-1112

Attorneys for Plaintiff, Tammy Gravley as administrator
of the Estate of Philip R. Vaughn

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 05-4970 CRB<br><br>MDL No. 1699<br>District Judge: Charles R. Breyer |
| This Document Relates to:<br><br>William Adams, et al. v. Pfizer, Inc., et al., MDL No. 05-4970: (Tammy Gravley as administrator of the Estate of Philip R. Vaughn) | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE ONLY AS TO TAMMY GRAVLEY, AS ADMINISTRATOR OF THE ESTATE OF PHILIP R. VAUGHN |

**IT IS HEREBY STIPULATED AND AGREED,** pursuant to Federal Rules of Civil Procedure 41(a), by and between counsel for the PLAINTIFF, TAMMY GRAVLEY, AS ADMINISTRATOR OF THE ESTATE OF PHILIP R. VAUGHN, and counsel for the Defendant, that the Complaint of Plaintiff TAMMY GRAVLEY, AS ADMINISTRATOR OF THE ESTATE OF PHILIP R. VAUGHN, is hereby dismissed with prejudice.

1. Plaintiff is TAMMY GRAVLEY, AS ADMINISTRATOR OF THE ESTATE OF PHILIP R. VAUGHN; Defendant is PFIZER PHARMACEUTICALS, INC.;

2. On April 11, 2005, Plaintiff sued Defendant;

3. Plaintiff is part of a class action lawsuit and is a named Plaintiff;

4. This stipulation and dismissal only applies to TAMMY GRAVLEY, AS ADMINISTRATOR OF THE ESTATE OF PHILIP R. VAUGHN and not to any other named plaintiff in this class action;

5. PLAINTIFF, TAMMY GRAVLEY, AS ADMINISTRATOR OF THE ESTATE OF PHILIP R. VAUGHN moves to dismiss his claims against Defendant;

6. Defendant has answered these claims;

7. Plaintiff has not dismissed an action based on or including the same claims as those present in this suit.

8. Each side shall bear its own attorneys' fees and costs.

Dated: 2/26/05

KENNETH B. MOLL & ASSOCIATES, LTD.

By: _Pamela Sotoodeh_
Pamela G. Sotoodeh
Attorneys for TAMMY GRAVLEY, AS ADMINISTRATOR OF THE ESTATE OF PHILIP R. VAUGHN

Dated: 3/2/07

SIDLEY AUSTIN, LLP

By: _Debra E. Pole_
Debra E. Pole
Attorney for Defendant PFIZER, INC.,

Dated: 3/5/07

GORDON & REES

By: _Stuart M. Gordon_
Stuart M. Gordon
Attorney for Defendant PFIZER, INC.,

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: March 5, 2007



Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer