1

2  Pamela G. Sotoodeh
   pgs@thelawgroupltd.com
3  Kurt D. Hyzy
   kdh@thelawgroupltd.com
4  THE LAW GROUP, LTD.
   Three First National Plaza, 50th Floor
5  Chicago, Illinois 60605
   Telephone: (312) 558-6444
6  Facsimile: (312) 558-1112
   Attorneys for Plaintiffs

7

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11  _____  )
                                      )  Case No. 05-4970 CRB
12  IN RE: BEXTRA AND CELEBREX        )
    MARKETING SALES PRACTICES AND     )
13  PRODUCT LIABILITY LITIGATION      )  MDL NO. 1699
                                      )  District Judge: Charles R. Breyer
14  _____  )
                                      )
15  William Adams, Tammy Gravely, as  )
    administrator of the estate of Phillip R. Vaughn, )
16  Timothy Robertson, Sandra Robinson, and )  **STIPULATION AND ORDER OF**
    Margaret Sergo, individually and on behalf of )  **DISMISSAL WITH PREJUDICE**
17  all others similarly situated,    )
                                      )
18                   Plaintiffs,      )
                                      )
19           vs.                      )
                                      )
20  Pfizer, Inc., et al.              )
                     Defendants.      )
21                                    )

22  _____

23      Come now the Plaintiffs, (WILLIAM ADAMS, TAMMY GRAVELY, AS

24  ADMINISTRATOR OF THE ESTATE OF PHILLIP R. VAUGHN, TIMOTHY ROBERTSON,

25  SANDRA ROBINSON, AND MARGARET SERGO, INDIVIDUALLY AND ON BEHALF

26  OF ALL OTHERS SIMILARLY SITUATED), and Defendants, Pfizer, Inc. et al, by and through

27  the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

28

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

Dated: January 14, 2009                                    THE LAW GROUP, LTD.

                                                           By: /s/ Pamela Sot...
                                                           Pamela G. Sotoodeh, #6284622
                                                           Kurt D. Hyzy, #6196871
                                                           THE LAW GROUP, LTD.
                                                           Three First National Plaza
                                                           50th Floor
                                                           Chicago, Illinois 60602
                                                           Tel: 312.558.6444
                                                           Fax: 312.558.1112

                                                           *Attorneys for Plaintiff*

Dated: June 16, 2009                                       **GORDON & REES**

                                                           /s/
                                                           Stuart M. Gordon, Esq.
                                                           Embarcadero Center West
                                                           275 Battery Street 20th Floor
                                                           San Francisco, California 94111
                                                           Tel: 415.986.5900
                                                           Fax: 415.986.8054

                                                           *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 17, 2009

                                                           Hon. Charles R. Breyer
                                                           United States

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]